The People of the State of New York ex rel. James Prenderville, Relator, v. Warden of the New York County Penitentiary and the People of the State of New York, Appellants.— Order reversed on argument, writ of habeas corpus dismissed, and relator remanded to custody, on authority of *People ex rel. Cerzosie* v. *Warden, etc.* (223 N. Y. 307). Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

The People of the State of New York ex rel. Maude H. Remington, Appellant, v. Frank McQueen, as Receiver of Taxes for the Town of Oyster Bay, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that plaintiff had the right to pay the rest of her taxes other than the school tax separately, and that the remedy by mandamus is appropriate. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

August F. Siemers, Respondent, v. Katherine Heuchel and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

Edith E. Sothern, Respondent, v. Eric E. Sothern, Appellant.— There was a finding of non-support. Plaintiff, the wife, was decreed custody of the child. The complaint and counterclaim were both dismissed. Such dismissal left no power to direct alimony. (*Robinson* v. *Robinson*, 146 App. Div. 533; *Ramsden* v. *Ramsden*, 91 N. Y. 281.) In the case at bar, as in the *Robinson* case, the court entertained a hope that alimony without a formal decree separating the parties might tend toward reconciliation. However, as this court has construed section 1766 of the Code of Civil Procedure, the statute does not so provide. The third finding of fact and the judgment are, therefore, reversed and a new trial granted, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

Wolf Sussman and Rose Sussman, Respondents, v. Max Wexler, Appellant.— Judgment unanimously affirmed, with costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

Joseph A. Taylor, Appellant, v. Ellsworth Building Corporation, Respondent.— Order modified by inserting June 17, 1918, in place of May 6, 1918, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

Richard T. Thompson, Respondent, v. Lakewood City Development Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

Michael Woicianowicz, Respondent, v. Philadelphia and Reading Coal and Iron Company, Appellant.— Reargument ordered upon the question whether the court, in view of the testimony given by the plaintiff as to his actual residence between the first and second trials, should entertain jurisdiction of this action; and case set down for Friday, June 14, 1918. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.